

399 PARK AVENUE
SUITE 3600
NEW YORK NY 10022-4690

212 980 7400 TEL
212 980 7499 FAX
ROBINSKAPLAN.COM

OFER REGER
212 980 7428 TEL
OREGER@ROBINSKAPLAN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2020

*Via ECF*

October 27, 2020

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *MINKOZE.COM, LLC et al. v. Almanzar et al.*, Case No. 1:18-cv-03710 (JPC)

Dear Judge Cronan:

    We are counsel to Defendant/Counterclaim-Plaintiff Belcalis Almanzar p/k/a Cardi B in the above-referenced action (the "Action").

    On behalf of all counsel of record, we submit this joint request for an extension of time to submit the joint letter updating the Court on the status of the case, as directed by Order dated October 15, 2020 (Dkt. No. 135). The parties respectfully request that the original deadline of October 29, 2020 be extended until November 12, 2020 because the parties are close to finalizing a comprehensive settlement that would fully dispose of the Action. This is the parties' first request for an extension of this deadline and all counsel consent to this request.

    The parties' counsel thank the Court in advance for its consideration of this relief.

    Respectfully submitted,

    */s/ Ofer Reger*

    Ofer Reger

cc:  Hillel I. Parness, Esq.
     Jonathan D. Davis, Esq.
     (All via ECF)

Defendant's request is GRANTED. The parties shall submit the joint letter updating the Court on the status of the case by November 12, 2020.

SO ORDERED.

Date: October 27, 2020
New York, New York

JOHN P. CRONAN
United States District Judge