UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
WORLDSTAR MARKETING GROUP, INC. *et al.*, :
:
Plaintiffs, :
: 18-CV-3710 (JPC)
-v- :
: ORDER
BELCALIS ALMANZAR *et al.*, :
:
Defendants. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The post-discovery status conference scheduled for February 23, 2021 at 10:00 a.m. is adjourned *sine die*.  The parties shall submit a joint letter updating the Court on the status of the case by May 28, 2021 if the parties do not reach a settlement agreement prior to that date.

    SO ORDERED.

Dated: November 30, 2020
       New York, New York
                                        JOHN P. CRONAN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020