UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
MINKOZE.COM, LLC d/b/a WORLD STAR      :
MARKETING GROUP a/k/a WORLDSTAR        :   Case No.: 18-cv-03710 (JPC) (GWG)
MARKETING GROUP, INC., KSR GROUP, LLC, :
and KLENORD RAPHAEL,                   :   **STIPULATION OF**
                                       :   **DISMISSAL WITH PREJUDICE**
                Plaintiffs,            :
                                       :
v.                                     :
                                       :
BELCALIS ALMANZAR p/k/a CARDI B,       :
PATIENTCE FOSTER, QUALITY CONTROL      :
MANAGEMENT, LLC, KEVIN "COACH K" LEE,  :
PIERRE "PEE" THOMAS, and SOLID         :
FOUNDATION MANAGEMENT, LLC,            :
                                       :
                Defendants.            :
----------------------------------------------------------------- x
----------------------------------------------------------------- x
BELCALIS ALMANZAR p/k/a CARDI B,       :
                                       :
                Counterclaim-Plaintiff,:
                                       :
v.                                     :
                                       :
MINKOZE.COM, LLC d/b/a WORLD STAR      :
MARKETING GROUP a/k/a WORLDSTAR        :
MARKETING GROUP, INC., KSR GROUP, LLC, :
and KLENORD RAPHAEL,                   :
                                       :
                Counterclaim-Defendants.:
----------------------------------------------------------------- x

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel for the parties in the above-captioned action, that, pursuant to Fed. R. Civ. P. 41, this action, including all claims and counterclaims, is hereby dismissed in its entirety with prejudice against all parties. The parties have further agreed that all parties to this action shall bear their own costs and attorney's fees.

1

This stipulation may be signed in counterparts, and facsimile or electronic PDF signatures shall be deemed originals for the purposes of this stipulation.

Dated: December 21, 2020

JONATHAN D. DAVIS, P.C.

By: _____
Jonathan D. Davis
Derek A. Williams
Milton E. Otto
10 Rockefeller Plaza
Suite 1015
New York, New York 10016
(212) 687-5464

*Attorneys for Plaintiffs/Counterclaim-Defendants MINKOZE.COM, LLC d/b/a WorldStar Marketing Group a/k/a WorldStar Marketing Group, Inc., KSR Group, LLC, and Klenord Raphael*

ROBINS KAPLAN LLP

By: _____
Ofer Reger
399 Park Avenue
New York, New York 10022
(212) 980-7400

*Attorneys for Defendant/Counterclaim-Plaintiff Belcalis Almanzar p/k/a Cardi B*

2

PARNESS LAW FIRM, PLLC

By: _____
Hillel Parness
136 Madison Ave., 6th Floor
New York, New York 10016
(212) 447-5299

*Attorneys for Defendants Patientce Foster, Quality Control Management, LLC, Kevin "Coach K" Lee, Pierre "Pee" Thomas, and Solid Foundation Management, LLC*

SO ORDERED.

Dated: _____
       New York, New York


_____
Hon. John P. Cronan
United States District Judge

A plaintiff may voluntarily dismiss a case without a court order under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court construes this stipulation of voluntary dismissal with prejudice under Rule 41(a)(1)(A)(ii). The Clerk of Court is thus respectfully directed to dismiss this action against all Defendants.

The stipulation of voluntary dismissal also applies to all counterclaims pursuant to Federal Rule of Civil Procedure 41(c). The Clerk of Court is thus respectfully directed to dismiss this action against all Counter Defendants as well.

In light of this stipulation, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Date: December 29, 2020
      New York, New York

_____
JOHN P. CRONAN
United States District Judge

3